Hon. Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN JEFFREY BANKS,

Defendant.

No. CR18-131RAJ

ORDER DENYING
DEFENDANT'S MOTION
TO SEVER DEFENDANT
FOR TRIAL

14
15
16
17
18
19

THIS MATTER comes before the Court on Defendant's Motion to Sever Defendant for purposes of trial (Dkt. #297). The Court, having reviewed Defendant's motion, the Government's opposition, Defendant's reply, the files and pleadings herein, having heard from counsel and the medical director of the Federal Detention Center at SeaTac at a hearing held on August 1, 2018, and being fully advised,

20
21

IT IS ORDERED that Defendant's Motion to Sever Defendant (Dkt. #297) is DENIED.

22

DATED this 2nd day of August, 2018.

23
24
25
26

The Honorable Richard A. Jones
United States District Judge