Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN JEFFREY BANKS,<br><br>　　　　　Defendant. | No. CR18-131RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MOVE SENTENCING DATE FORWARD |

THIS MATTER comes before the Court on Defendant Martin Jeffrey Banks' Motion to Move Sentencing Date Forward (Dkt. #1020). The Court, having reviewed Defendant's motion, and the files and pleadings herein, and finding good cause,

IT IS ORDERED that Defendant's Motion is GRANTED and his sentencing date is accelerated from September 20, 2019, to **August 20, 2019, at 2:00 p.m.**

DATED this 5th day of August, 2019.

　　　　　　　　　　　　　　　　　_Richard A. Jones_
　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　United States District Judge