Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARTIN JEFFREY BANKS,<br><br>                    Defendant. | No. CR18-131RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Martin Banks' Motion for Early Termination of Supervised Release.  Dkt. 1434.  Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion for the reasons explained herein.

Mr. Banks seeks early termination of his supervised release after having completed one year of his original three-year term of supervised release.  The sole basis to support this motion is a medical condition that he suffered from before the underlying crime was committed, during the time period of the crime for which he pled guilty and was sentenced, and for the past year of supervision.

Title 18 U.S.C. § 3583(c) provides district courts with authority to grant early termination of supervised release if, in the discretion of the Court, such relief is appropriate and in the interests of justice.

1

2

3

4

The defendant's medical condition is long standing.  Defendant fails to advance any facts to indicate that continued supervision is affecting his medical condition or that his medical condition is affecting his ability to comply with the conditions of supervised release.

5

6

7

8

9

10

It is undisputed that the burden is on the defendant to show a change of circumstances sufficient to justify termination of supervised release.  At best, the defendant has presented a benign indication from the Probation Officer reporting that Mr. Banks has had no supervised release violations.  Compliance with the conditions for supervised release is what is expected, and without more there is no basis for the Court to grant the relief requested.

11

For the foregoing reasons, the defendant's motion for early termination of supervised release is **DENIED.**

12

DATED this 15th day of October, 2020.

13

14

15

The Honorable Richard A. Jones
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2