HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>MARTIN JEFFREY BANKS,<br><br>        Defendant. | No. CR18-131-RAJ<br><br>ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Banks' supervised release is warranted by the conduct of Mr. Banks and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Banks shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

DATED this 19th day of May, 2022.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION FOR
TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Martin Banks,* CR18-131) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100